UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN NIEVES, WENDY KEIRSTED,
and LIZA LICHTINGER, individually and
on behalf of all others similarly situated,

      Plaintiff,

      v.

THE PROCTER AND & GAMBLE
COMPANY,

      Defendant.

Case No:   7:21-cv-00186-CS
                7:21-cv-05648-CS
                7:21-cv-05646-CS

---

      IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, acting through their respective counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-referenced action is dismissed with prejudice as to all defendants, with each party to bear her or its own attorneys' fees and costs.

SHEEHAN & ASSOCIATES, P.C.

By: _____

Spencer Sheehan
60 Cuttermill Rd Ste 409
Great Neck, NY 11021
Telephone: (516) 268-7080
spencer@spencersheehan.com

William Wright (FL Bar No. 138861)
The Will Wright Law Office, P.A.
515 N Flagler Dr Ste P-300
West Palm Beach, FL 33410
30 East 39th Street
Second Floor
New York, NY 10016
Tel: (561) 514-0904
willwright@wrightlawoffice.com

KING & SPALDING, LLP

By: _____

John P. Hooper
Eric Gladbach
Jessica K. Shook
1185 Avenue of the Americas, 34th
New York, NY 10036-2601
Tel: (212) 556-2220
jhooper@kslaw.com
egladbach@kslaw.com
jshook@kslaw.com

*Attorneys for Defendant*
Dated: March 9, 2022

Patricia N. Syverson (Admitted Pro Hac Vice)
Bonnett, Fairbourn, Friedman & Balint, P.C.
9655 Granite Ridge Dr Ste 200
San Diego, CA 92123
Telephone: (619) 798-4593
psyverson@bffb.com

Elaine A. Ryan (Admitted Pro Hac Vice)
Carrie A. Laliberte (Admitted Pro Hac Vice)
Bonnett, Fairbourn, Friedman & Balint, P.C.
2325 E Camelback Rd Ste 300
Phoenix, AZ 85016
Telephone: (602) 274-1100
eryan@bffb.com
claliberte@bffb.com

Daniel Faherty (FL Bar No. 379697)
Telfer, Faherty, & Anderson, PL
815 S Washington Ave Ste 201
Titusville, FL 32780
Telephone: (321) 269-6833
danfaherty@hotmail.com

*Attorneys for Plaintiffs*
Dated:   March 9, 2022

SO ORDERED: _____   3/9/22
United States District Judge Cathy Seibel

## CERTIFICATE OF SERVICE

I certify that on March 9, 2022, a copy of the Joint Stipulation of Dismissal was served upon all counsel of record via e-email and by filing it on CM/ECF. Notice of this filing was also sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jason Bush
Jason Bush